UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTY A. KEMPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09CV114 CDP |
| | ) | |
| UNIVERSAL FIDELITY, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that and all pending motions are denied

without prejudice.

**IT IS FINALLY ORDERED** that counsel shall file, within thirty (30) days

of the date of this order, a stipulation for dismissal, a motion for leave to

voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply

with this order shall result in the dismissal of this action with prejudice.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2009.