UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTY A. KEMPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:09CV114 CDP |
| ) | |
| UNIVERSAL FIDELITY, L.P., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

On **March 5, 2009**, after being advised by counsel that this action had been settled, I ordered counsel to file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. I gave counsel thirty days to do so, and advised counsel that failure to comply would result in dismissal of this action with prejudice. Counsel has not complied with that order, and the time to do so has long passed.

Accordingly,

**IT IS HEREBY ORDERED,** that plaintiff's complaint against defendant **Universal Fidelity, L.P.** is **DISMISSED** with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of June, 2009.